**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| (HC) MAANGAL, | No. 1:26-cv-00510-JLT-SKO (HC) |
| Petitioner, | ORDER WITHDRAWING THE REFERENCE OF THIS MATTER TO THE MAGISTRATE JUDGE; ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS AND ORDERING RESPONDENTS TO **IMMEDIATELY** RELEASE PETITIONER AND ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER |
| v. | |
| CHESTNUT, ET AL., | |
| Respondents. | |
| | Docs. 1, 18 |

The petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus. (Doc. 1.) Through Local Rule 302(c)(17), this matter was referred to the Magistrate Judge to issue a determination on the merits. Yesterday, the government filed their response to the petition asserting only that the petitioner is subject to mandatory detention. (Doc. 7) To speed resolution of this case, the Court **WITHDRAWS** the reference of this case to the Magistrate Judge and **GRANTS** the petition for writ of habeas corpus.

**I.    Analysis**

On January 21, 2025, the Court ordered the respondents to respond to the petition. (Doc. 4.)  As noted above, Respondents filed an opposition to the petition and contended that the petitioner's detention authority is lawful. (Doc. 7.) They do not claim that the petitioner has violated any term of his release nor that there is any other basis to retain him in custody. *Id*. They

1

support their assertion that detention is proper by relying only on the argument that the petitioner is subject to mandatory detention. *Id*. In taking this position, they cite two non-binding opinions of other courts but make no effort to distinguish this case from the numerous cases issued by the undersigned, finding this legal position to be incorrect and the detention unlawful. *Id.*; *J.S.H.M. v. Wofford*, No. 1:25-CV-01309-JLT-SKO (HC) (E.D. Cal. Oct. 16, 2025); *Ortiz Donis v. Chestnut*, No. 1:25-CV-01228-JLT-SAB (HC), 2025 WL 32879514 (E.D. Cal. Oct. 9, 2025); *M.R.R. v. Chestnut*, No. 1:25-CV-01517-JLT (HC), 2025 WL 3265446 (E.D. Cal. Nov. 24, 2025). Thus, for the reasons set forth, the Court **ORDERS:**

   1.    The reference of this matter to the Magistrate Judge is **WITHDRAWN**;

   2.    The petition for writ of habeas corpus is **GRANTED** for the reasons stated in the orders cited above;

   3.    Respondents are **ORDERED** to release the petitioner **IMMEDIATELY**;

   4.    Respondents are **ENJOINED** and **RESTRAINED** from re-detaining Petitioner unless the government provides notice to Petitioner a minimum of seven days in advance and holds a bond hearing before a neutral arbiter pursuant to section 1226(a) and applicable regulations, at which Petitioner's eligibility for bond must be considered, and where the government must demonstrate by clear and convincing evidence that Petitioner is a flight risk or danger to the community, such that physical custody is legally justified[1].

IT IS SO ORDERED.

   Dated:   **February 17, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here, **SHALL** be provided within seven days of the arrest.

2